UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>JUSTIN D. KAGERBAUER,<br><br>       Defendant. | Case No. 25-CR- **25-CR-235**<br><br>[18 U.S.C. §§ 2423(b), 2423(f),<br>2422(b) & 2252A(a)(2)(A)] |

# INDICTMENT

## COUNT ONE
### (Travel With Intent to Engage in Illicit Sexual Conduct)

**THE GRAND JURY CHARGES THAT:**

On or about November 27, 2025, in the State and Eastern District of Wisconsin and the State and Northern District of Illinois,

**JUSTIN D. KAGERBAUER**

did attempt to travel in interstate and foreign commerce for the purpose of engaging in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(g), with a person he believed to be a nine-year-old girl.

In violation of Title 18, United States Code, Sections 2423(b) and 2423(f).

1

## COUNT TWO
## (Child Enticement)

THE GRAND JURY FURTHER CHARGES THAT:

Between on or about March 12, 2025, and November 27, 2025, in the State and Eastern District of Wisconsin and elsewhere,

### JUSTIN D. KAGERBAUER,

using a facility and means of interstate commerce, did knowingly attempt to persuade, induce, entice, and coerce a person who had not yet attained the age of 18 years to engage in sexual activity for which the defendant could be charged with a criminal offense, namely, arranging or facilitating commission of a child sex offense, in violation of the laws of the United Kingdom, Section 14 Sexual Offences Act 2003.

In violation of Title 18, United States Code, Section 2422(b).

## COUNT THREE
### (Distribution of Child Pornography)

THE GRAND JURY FURTHER CHARGES THAT:

1. On or about November 7, 2025, in the State and Eastern District of Wisconsin and elsewhere,

**JUSTIN D. KAGERBAUER**

knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate and foreign commerce, that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, and which contained material that had been shipped and transported by a means and facility of interstate and foreign commerce, including by computer.

2. The child pornography distributed by the defendant included a digital video identified by the following partial file name:

| File name ending 03_905.mp4 | A two-minute and 25-second long video depicting an adult woman performing sex acts (including oral sex and digital penetration) on a pre-pubescent female child, who appeared to be between 6-8 years old. |
|---|---|

All in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## FORFEITURE NOTICE

Upon conviction of any of the three counts in the indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all visual depictions described in Title 18, United States Code, Sections 2251, 2252 and 2256, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Section 2252, and shall forfeit any property, real or personal, used or intended to be used to commit or promote the commission of such offenses.

Dated: 12-9-25

BRAD D. SCHIMEL
United States Attorney