UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

          Plaintiff,

v.                                                 Case No. 25-CR-235

JUSTIN DIRK KAGERBAUER,

          Defendant.

---

## MOTION FOR PROTECTIVE ORDER GOVERNING
## DISCLOSURE AND USE OF DISCOVERY MATERIALS

---

      Pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, the United States, by its attorneys, Brad D. Schimel, United States Attorney for the Eastern District of Wisconsin, and Abbey M. Marzick, Assistant United States Attorney, hereby move this Court for a Protective Order that will govern the use, dissemination, and disposition of the discovery materials in this case.

      A federal grand jury in this District returned a three-count indictment on December 9, 2025, charging defendant Justin Dirk Kagerbauer with attempted travel in interstate and foreign commerce for the purpose of engaging in illicit sexual conduct, in violation of Title 18, United States Code, Sections 2423(b) and 2423(f), attempted enticement of a child to engage in sexual activity, in violation of Title 18, United States Code, Section 2422(b), and distribution of child pornography, in violation of Title 18, United States Code, Section 2252A(a)(2)(A). The defendant made his initial appearance in this District on December 15, 2025, and entered pleas of not guilty.

      In order to allow the defendant to adequately prepare for trial, the government will be making disclosures to counsel for the defendant of materials gathered during the government's investigation. Due to the nature of the charges, much of the discovery material contains sensitive

and confidential information. These discovery materials include but are not limited to: law enforcement reports related to an international undercover child exploitation investigation, transcripts of chats and phone calls with undercover agents (some of which include photographs), records from online applications, digital forensic images of phones. As a result of the type and nature of this material, unredacted disclosure would significantly impact the interests of law enforcement (both domestic and international) conducting said undercover investigation.

The Federal Rules of Criminal Procedure contemplate this balance in Federal Rule of Criminal Procedure 16(d)(1), which provides that "[a]t any time the court may, for good cause, deny, restrict, or defer discovery or inspection, or grant other appropriate relief." Due to the sensitive nature of the discovery, the government hereby asks the Court to order the following restrictions on the use and disclosure of the discovery materials:

a. Defense counsel will be provided with a single copy of discovery materials. All discovery material shall be maintained in the office of counsel for the defendant.

b. Defense counsel may make copies of the discovery materials as necessary to prepare the defense of the case. All discovery materials, including necessary copies, shall remain under the control of defense counsel. Discovery materials, while in the custody and control of defense counsel, may be reviewed by the defendant, licensed investigators employed by the defense attorney, experts working with defense counsel, and defense counsel's support staff and may only share them as needed to provide a defense for the defendant in this case, including any direct appeal. Defense counsel may use the discovery materials to question or prepare potential witnesses, including showing the materials to such witnesses, but shall not allow such witnesses to retain copies of any of the discovery materials.

c. The discovery materials shall not be physically relinquished to any third party, including clients, investigators, or any other individual without consultation with the approval of

the Court.

  d. Counsel for the defendant, prior to disclosing any discovery materials to any member of the defense team, will inform persons receiving discovery of the disclosure limitations of this the protective order and provide each with a copy of the order.

  e. The government will only share the discovery materials with the prosecution team and as reasonably necessary in the preparation of its witnesses.

  f. Should the parties wish to attach any discovery materials to any pleading filed with the court, those discovery materials shall be filed under seal.

  g. The government will make arrangements with the institution where the defendant is detained to provide discovery materials at the institution for inspection by the defendant. To the extent some of the materials contain sexually explicit videos and/or images, including those that are considered child sexual abuse material (CSAM), the possession of which otherwise would violate the rules of the institution, the government is not required to send those materials to the jail. The government will keep defense counsel informed as to any materials provided only to counsel and not to the institution at which the defendant is located. The defendant is prohibited from making personal copies of the discovery materials or maintaining personal copies of any such materials.

  h. To the extent that the discovery materials include grand jury material, the government will disclose them pursuant to the local rule regarding such disclosure.

  i. The restrictions in this order shall remain in effect until further order of the Court or by written agreement of the parties.

  j. The defendant may seek relief from these protective provisions as to a particular item or items of discovery by filing a motion with the Court under seal stating the need and seeking permission to do so. No disclosure of the item(s) shall be made until the Court so permits. The

government will be provided with notice of the motion and be granted an opportunity to respond before any such order is entered.

Dated at Milwaukee, Wisconsin, this 16th day of December 2025.

Respectfully submitted,

BRAD D. SCHIMEL
United States Attorney

By: *s/Abbey M. Marzick*
Abbey M. Marzick (WBN 1087215)
Assistant United States Attorney
Office of the United States Attorney
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 530
Milwaukee, Wisconsin 53202
Telephone: (414) 297-1630
Fax: (414) 297-1738
Abbey.Marzick@usdoj.gov