UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

  v.                               Case No. 25-CR-235

JUSTIN D. KAGERBAUER,

        Defendant.

---

## UNITED STATES' BILL OF PARTICULAR FOR FORFEITURE OF PROPERTY

---

The United States of America, by its attorneys, Brad D. Schimel, United States Attorney for the Eastern District of Wisconsin, and Abbey M. Marzick, Assistant United States Attorney, files this Bill of Particulars to notify the Court and the defendant of the United States' addition of the following items to the Forfeiture Notice of the Indictment filed on December 9, 2025:

    a.    a Samsung Galaxy S21+, model SM-G996U, MSISDN# 414-737-1300, serial number RFCR60J078A; and

    b.    an iPhone 7, model D10AP, serial number F72D4FTGHG6W.

Dated at Milwaukee, Wisconsin, this 22nd day of January, 2026.

                                        BRAD D. SCHIMEL
                                        United States Attorney

                By:    *s/Abbey M. Marzick*
                          ABBEY M. MARZICK
                          Assistant United States Attorney
                          Wisconsin Bar No. 1087215
                          Office of the United States Attorney
                          Eastern District of Wisconsin
                          517 E. Wisconsin Avenue, Room 530
                          Milwaukee, WI    53202
                          Telephone: (414) 297-1700
                          Fax: (414) 297-1738
                          E-Mail: abbey.marzick@usdoj.gov