UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                       Case No. 25-CR-235

JUSTIN KAGERBAUER,

        Defendants.

## UNOPPOSED SECOND MOTION TO EXTEND DEADLINES
## FOR PRETRIAL MOTIONS

Now comes the defendant, Justin Kagerbauer, by and through his attorney Jacob A. Manian of Fox, O'Neill & Shannon, S.C. and hereby moves the Court for a second extension of time to file pretrial motions based on the following:

    1. Counsel received voluminous discovery from the government on December 17, 2025.

    2. On December 22, 2025, the Court granted Defendant's Unopposed First Motion to Extend Deadlines for Pretrial Motions (Dkt. 16) and set the deadline for pretrial motions for March 2, 2026;

    3. Counsel has spent much of the month of February preparing for and trying a case in this District in *United States v. Cunningham*, et al; Case No. 23-CR-46, which just concluded on February 26, 2026;

    4. The defendant was ordered detained in this case which creates additional inconvenience associated with meeting the client, reviewing discovery and discussing potential motion issues;

5. To have adequate time to review discovery and discuss potential motions with the defendant, Counsel requests a second extension of deadlines to allow approximately 60 days to file any pretrial motions;

6. Undersigned counsel is authorized to state that the government does not oppose this motion.

Based on the above, Counsel respectfully requests an extension of sixty (60) days with corresponding extensions for the government to respond and the defendant to reply. Counsel further requests that the Court toll the time during the extension period under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B).

Respectfully submitted this 27th day of February, 2026, at Milwaukee, Wisconsin.

FOX, O'NEILL & SHANNON, S.C.
Attorneys for Defendant

By: */s/ Electronically signed by Jacob A. Manian*
JACOB A. MANIAN
State Bar No. 1064360

P.O. Address:
622 N. Water Street, Suite 500
Milwaukee, WI 53202
Phone: (414) 273-3939
Email: jamanian@foslaw.com