# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**

v.

**JUSTIN DIRK KAGERBAUER**

**CHANGE OF PLEA
HEARING MINUTES**

Case No. 25-cr-0235-bhl

---

HONORABLE BRETT H. LUDWIG presiding
Proceeding Held: May 26, 2026
Deputy Clerk: Julie D.

Time Called: 2:00 p.m.
Time Concluded: 2:31 p.m.
Court Reporter: J. Stake

**Appearances:**

UNITED STATES OF AMERICA by:      Abbey Marzick

JUSTIN DIRK KAGERBAUER in person and by:      Jacob Manian

U.S. PROBATION OFFICE by:      James Fetherston

---

☒ Plea agreement filed, (ECF No. 20).
☒ Defense counsel advises that the defendant wishes to enter a plea of guilty.
☒ Defendant sworn.

☒ Defendant advised that false statements made under oath may result in prosecution for perjury.
☒ Court questions the defendant as to background, education, medical history, drug usage.
☒ Defendant has reviewed plea agreement with counsel and is satisfied w/ representation.

☒ Court advises the defendant as to:
    ☒ Elements of the offense
    ☒ Forfeiture provision
    ☒ Mandatory minimum incarceration (ECF No. 20, ¶7, Ct. 3—5 yrs)
    ☒ Sentencing guidelines
    ☒ Rule 11(b) rights
    ☒ Waiver of appeal rights (ECF No. 20, ¶37)
    ☒ Maximum penalties
☒ Government provides factual basis as set forth in plea agreement.

---

☒ GUILTY plea entered as to Count One and Count Three of the Indictment.
☒ CHARGE: attempted travel with intent to engage in illicit sexual conduct in violation of 18 U.S.C. §2423(b) & (f) and distribution of child pornography in violation of 18 U.S.C. §2252A(a)(2)(A)
☒ Court finds Defendant's plea to be knowing and voluntary and that a factual basis exists for the plea.
☒ Defendant adjudged guilty as to Count One and Count Three of the Indictment.
☒ PSR ordered.
☒ Sentencing set for: **August 26, 2026, at 9:00 a.m.** in Courtroom 320, 517 E. Wisconsin Ave., Milwaukee, Wisconsin 53202

---

☒ Detention continued.