UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                              Case No. 25-cr-0235-bhl

JUSTIN D. KAGERBAUER,

      Defendant.

---

## PRELIMINARY ORDER OF FORFEITURE

---

Upon the motion of the United States of America pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, and upon the entry of the plea agreement, and in consideration of the guilty plea to Counts One and Three of the three-count Indictment, the defendant agreed to the forfeiture of all properties described in the forfeiture notice of the Indictment filed on December 9, 2025, and Bill of Particulars filed on January 22, 2026.

**IT IS HEREBY ORDERED** that all right, title and interest in the following items of property are hereby forfeited to the United States pursuant to 18 U.S.C. § 2253:

      a.      a Samsung Galaxy S21+, model SM-G996U, MSISDN# 414-737-1300, serial number RFCR60J078A; and

      b.      an iPhone 7, model D10AP, serial number F72D4FTGHG6W.

**IT IS FURTHER ORDERED** that the above listed items of property shall be seized forthwith by the Department of Homeland Security, the United States Marshals Service, or its duly authorized representative.

**IT IS FURTHER ORDERED** that pursuant to 21 U.S.C. § 853(n)(1) the United States shall publish notice of this order and of its intent to dispose of the items of property according to law.

**IT IS FURTHER ORDERED** that the terms of this Order shall be recounted in the defendant's Judgment and Commitment Order.

Dated at Milwaukee, Wisconsin on June 11, 2026.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge

2