UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

v.                                          Case No. 25-CR-235

JUSTIN D. KAGERBAUER,

Defendant.

## NOTICE OF FORFEITURE OF PROPERTY

Notice is Hereby Given that:

1.      On June 11, 2026, in the case of *United States v. Justin D. Kagerbauer,* Case No. 25-CR-235, the United States District Court for the Eastern District of Wisconsin entered a Preliminary Order of Forfeiture condemning and forfeiting the interest of Justin D. Kagerbauer in the following properties:

   a. a Samsung Galaxy S21+, model SM-G996U, MSISDN# 414-737-1300, serial number RFCR60J078A; and

   b. an iPhone 7, model D10AP, serial number F72D4FTGHG6W.

2.      The United States intends to dispose of the properties in such manner as the Attorney General may direct. Any person having or claiming a legal right, title or interest in the aforementioned properties must file a petition with the court within thirty (30) days of his receipt of this notice from the government, pursuant to 21 U.S.C. § 853(n)(2). The petition must be filed with the Clerk of the Court, 517 East Wisconsin Avenue, Third Floor, Milwaukee, Wisconsin

53202, and a copy served upon Assistant United States Attorney Abbey M. Marzick, 517 East Wisconsin Avenue, Room 530, Milwaukee, Wisconsin 53202.

3.     The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited properties, the time and circumstances of the petitioner's acquisition of right, title, or interest in the forfeited properties, and any additional facts supporting the petitioner's claim, and the relief sought, pursuant to 21 U.S.C. § 853(n)(3).

4.     Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the properties and may warrant good title to any subsequent purchaser or transferee.

Executed and sent this 15th day of June, 2026, at Milwaukee, Wisconsin.

s/Abbey M. Marzick
ABBEY M. MARZICK
Assistant United States Attorney
Bar Number: 1087215
Attorney for Plaintiff
Office of the United States Attorney
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 530
Milwaukee, WI 53202
Telephone: (414) 297-1700
Fax: (414) 297-1738
E-Mail: abbey.marzick@usdoj.gov

2