# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**

v.

**JUSTIN DIRK KAGERBAUER**

**SENTENCING MINUTES**

Case No. 25-cr-0235-bhl

---

HONORABLE BRETT H. LUDWIG presiding
Proceeding Held: August 26, 2026
Deputy Clerk: Julie D.

Time Called: 9:19 a.m.
Time Concluded: 10:00 a.m.
Court Reporter: J. Stake

**Appearances:**

UNITED STATES OF AMERICA by: Abbey Marzick

JUSTIN DIRK KAGERBAUER in person and by: Jacob A. Manian

U.S. PROBATION OFFICE by: James P. Fetherston

---

☒ The parties have no objections to the factual statements in the PSR.

☐ Objections/corrections to factual statements in PSR by ☐ Plaintiff ☐ Defendant

☒ The Court adopts the factual statements and guideline application as set forth in the PSR.

☐ The parties have no objections to the application of the guidelines in the PSR.

☒ Objections/corrections to application of guidelines by ☐ Plaintiff ☒ Defendant
Defendant objects to the 8-level increase recommended under USSG §2G1.3(b)(5) because the offense involved a "minor" who had not attained the age of 12 years. For the reasons stated on the record, the Court overruled the objection.

---

☒ The government presents sentencing argument: joint recommendation: 96 months' imprisonment
☒ Defendant exercises right of allocution.
☒ The government dismisses the remaining count of the Indictment, Count Two.

☒ The defendant presents sentencing argument: joint recommendation: 96 months' imprisonment
☒ The Court imposes sentence.
☒ Defendant advised of appeal rights.

---

The government moved for an additional one-level decrease pursuant to U.S.S.G. §3E1.1(b) because the defendant timely notified authorities of his intention to enter a plea of guilty. The Court granted the motion.

**SENTENCE IMPOSED:**

**Imprisonment:** ninety-six (96) months' imprisonment as to Count One and Count Three, concurrent

**Supervised Release:** five (5) years as to Count One and Count Three, concurrent

**MONETARY PENALTIES**

**Special Assessment:** $ 200.00 due immediately

**Fine:** $ ______ ☒ fine waived

**Restitution:** $ 0 ☐ determination deferred

**FORFEITURE**

☐ All property forfeited upon conviction or by order of the court shall be included in the criminal judgment.

**RECOMMENDATIONS**

☒ The Court recommends the defendant's placement in or as close as possible to the Eastern District of Wisconsin.

**CUSTODY**

☒ The defendant is remanded to the custody of the U.S. Marshal Service.
☐ The defendant is to voluntarily surrender at the institution designated by the Bureau of Prisons as notified by the U.S. Probation Office; ☐ on or after _____.

**CONDITIONS OF SUPERVISED RELEASE/PROBATION**

☒ The defendant does not object to the conditions of supervised release as set forth in the presentence investigation report.
☒ The defendant waives reading of the conditions of supervised release.

☒ **Mandatory Conditions of Supervision** imposed.

☒ The Court adopts the **Conditions of Supervision** set forth in the presentence investigation report without change.
☒ The Court adopts the **Conditions of Supervision** set forth in the presentence investigation report with the following changes: