UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No. 25-CR-235

JUSTIN D. KAGERBAUER,

Defendant.

---

**DECLARATION OF ABBEY M. MARZICK**

---

I, Abbey M. Marzick, declare the following:

1. I am the Assistant United States Attorney assigned to handle the prosecution of the above-entitled matter.

2. This declaration is submitted in support of the government's motion for an order and judgment of forfeiture.

3. On June 11, 2026, the Court issued an order forfeiting the interest of Justin D. Kagerbauer in certain properties described in the Bill of Particulars filed on January 22, 2026, which added property to the forfeiture notice of the Indictment filed on December 9, 2025. R. 24.

4. On June 15, 2026, the government filed a notice of forfeiture with respect to the properties named in the Court's June 11, 2026, forfeiture order, and caused this notice to be posted on an official government internet site for at least 30 consecutive days, beginning on June 12, 2026, and ending on July 11, 2026, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). Copies of the Declaration of Publication, Notice of

Forfeiture, and Advertisement Certification Report evidencing notice of the forfeiture action are attached hereto as Exhibit A.

5. Pursuant to 21 U.S.C. § 853(n)(1), written notice of forfeiture was also mailed to all parties of record who might have a claim or interest in the properties covered by this Court's June 11, 2026, forfeiture order.

6. Pursuant to 21 U.S.C. § 853(n)(2), interested parties must assert a claim for the forfeited properties within 30 days of the final publication of notice or receipt of the notice, whichever is earlier.

7. To date, no claims have been filed in response to the June 15, 2026, notice of forfeiture, and the time to respond has expired.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 4th day of September, 2026.

By: *s/Abbey M. Marzick*

ABBEY M. MARZICK
Assistant United States Attorney
Bar Number: 1087215
Attorney for Plaintiff
Office of the United States Attorney
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 530
Milwaukee, WI 53202
Telephone: (414) 297-1700
Fax: (414) 297-1738
E-Mail: abbey.marzick@usdoj.gov